UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------------------x
WARREN ZINNAMON, on behalf of himself and all others similarly situated,

                      Plaintiff,

-v.-

A TASTE OF KENTUCKY, INC.

                      Defendants.
-----------------------------------------------------------------------------x

Civil Action No:
1:22-cv-8002

## NOTICE OF VOLUNTARY DISMISSAL

    IT IS HEREBY AGREED TO by the Plaintiff and Plaintiff's attorney, and the Defendant that whereas no party hereto is an infant, incompetent person for whom a committee has been appointed or conservatee, and no person not a party has an interest in the subject matter of the action, that the above entitled action specifically with regard to the Defendant shall be and hereby is dismissed with prejudice and on the merits, without costs, or disbursements, or attorney's fees to any party pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, and that a dismissal with prejudice may be entered in the above entitled action pursuant hereto.

Dated: December 12, 2022                                   Respectfully Submitted,

                                                                        */s/Mark Rozenberg*
                                                                        Mark Rozenberg, Esq.
                                                                        **Stein Saks, PLLC**
                                                                        One University Plaza
                                                                        Hackensack, NJ 07601
                                                                        mrozenberg@steinsakslegal.com
                                                                        Tel. 201-282-6500
                                                                        Fax 201-282-6501
                                                                        *Attorneys for Plaintiff*

## **Certificate of Service**

       I hereby certify that on this date, I electronically filed this Notice of Voluntary Dismissal using the CM/ECF system which will automatically send email notification of such filing to all attorneys of record. I also emailed this Notice to all parties who have not made an appearance in this case.

This 12th day of December, 2022             Respectfully Submitted,

                                                      */s/ Mark Rozenberg*
                                                      Mark Rozenberg